## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sega Corporation and Atlus Co., Ltd.

                                                    Plaintiff,

v.                                                              Case No.:
                                                               1:24–cv–02428

                                                               Honorable Jeffrey
                                                               I Cummings

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

                                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 14, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's motion to extend the TRO [33] is granted. The TRO entered on 8/5/24 [32] is extended to 9/2/24. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.