IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA CORPORATION and ATLUS CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 24-cv-2428 <br><br> Judge Jeffrey I. Cummings <br><br> Magistrate Judge Jeannice W. Appenteng |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT NO. 49 "EMMALEEDHOOVER"**

Plaintiffs SEGA CORPORATION and ATLUS CO., LTD. hereby move this Honorable Court for entry of Default and Default Judgment against Defendant No. 49 "EmmaleeDHoover". Plaintiffs file herewith a Memorandum of Law in support. Plaintiffs' Motion for entry of Default and Default Judgment disposes of all remaining defendants.

Respectfully submitted,

Dated: November 14, 2024

By:    s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com
rmcmurray@hsplegal.com
Attorneys for Plaintiffs
SEGA CORPORATION and ATLUS CO., LTD.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendant identified in Amended Schedule A and served on all counsel of record and interested parties via the CM/ECF system on November 14, 2024.

/s/ Michael A. Hierl
Michael A. Hierl